Albert Bennett, appellee, v. Edwin H. Manasse et al., defendants. Edwin H. Manasse, appellant. Gen. No. 35,721.

Opinion filed June 28, 1932.

Milton G. Manasse, for appellant; Charles Lawrence, of counsel. No appearance for appellee.

Mr. Presiding Justice Kerner delivered the opinion of the court.

Rose Czernecki, appellee, v. Chicago City Railway Company et al., appellants. Gen. No. 35,730.

Opinion filed June 28, 1932. Rehearing denied July 11, 1932.

George W. Miller and Arthur J. Donovan, for appellants; Frank L. Kriete and Thomas J. Symmes, of counsel. Robert Berg and Charles C. Spencer, for appellee.

Mr. Presiding Justice Kerner delivered the opinion of the court.

Burge Ice Machine Company, appellee, v. Deligiannis Brothers, Inc., appellant. Gen. No. 35,740.

Opinion filed June 28, 1932. Rehearing denied July 11, 1932.

Harold A. Fein, for appellant; Leo L. Stone, of counsel. Harry E. Kopald, for appellee; Harry E. Kopald and Joseph Rosenbaum, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.

Cassie Landsman, appellant, v. Schiff Trust & Savings Bank et al., appellees. Gen. No. 35,759.

Opinion filed June 28, 1932.

L. A. Sherwin, for appellant. John M. Lee, for appellees; James A. Filipek, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.